IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| GRACIELA GALINDO, et al.,<br>　　Plaintiffs, | § § § | |
| v. | § | EP-10-CV-454-DB |
| | § | |
| JAMES BURRELL, Federal Bureau<br>of Prisons (BOP) Privatization Management<br>Branch Administrator, CHIEF MATTHEW<br>NACE, BOP Acquisitions Branch,<br>EDUARDO DEJESUS, M.D., BOP Medical<br>Auditor, and DONNA GRUBE, BOP<br>Contracting Officer,<br>　　Defendants. | § § § § § § § § | |

## FINAL JUDGMENT

On this day, the Court entered an Order of Severance, severing the above-captioned cause from the remaining Defendants and dismissing the above-captioned cause with prejudice. The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT.**

SIGNED this **23rd** day of **February, 2012.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE